IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 1 4 2000

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL 875 |
| This Document Relates to United States District Court for Maryland | ) ) ) ) | |
| (See Attachment A) | ) ) ) | 89 - 1978 |
| | ) | |

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD

CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which

cases have been resolved.

By the Court:

Dated: ___8/11/00___          _____

Charles R. Weiner